DUANE MORRIS LLP
Gregory P. Gulia
Eric W. McCormick
Christopher J. Rooney
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNILEVER SUPPLY CHAIN, INC. and
CONOPCO, INC. d/b/a UNILEVER,

                Plaintiffs,

  -against-

CLINERE PRODUCTS INC. and
RICHARD CARL OLSON,

                Defendants.
-----------------------------------------------------------X



**RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFFS**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs, Unilever Supply Chain, Inc. and Conopco, Inc. d/b/a Unilever (private non-governmental corporate parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held and/or own 10% or more of the said party's stock:

    Unilever N.V. and Unilever PLC

Dated: New York, New York
June 18, 2008

                                              DUANE MORRIS LLP

By: _____
Gregory P. Gulia
Eric W. McCormick
Christopher J. Rooney
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiffs
Unilever Supply Chain, Inc. and
Conopco, Inc. d/b/a Unilever